The case is standing Akimbo, LLC, 191049. Mr. Thornburn? Thornburn, yes. Thank you. Good morning, Mr. Thornburn. Welcome to the circuit. Thank you. There's a litany of issues present in this case. They could all be dismissed merely because this is a summons case of traffickers of illegal goods. Our American Revolution Fourth Amendment was sparked due to the functional equivalent of a petition to quash a tax collector's summons on traffickers. The Fourth Amendment is born out of tax collection and trafficking. The British tax collectors were using the power of a writ of assistance to seek out merchants unlawfully trafficking in colony legal goods so they could tax the goods and transmit the incriminating evidence to the British prosecutors. As quoted in that history but I never had that level of detail. Thank you. Sure. So they were just trying to seize the goods as it were. They were seizing the goods. They were getting the information. They had the British prosecutors on hand to be able to prosecute for the unlawful trafficking of the goods. These were goods that were allowed under the colonies where it really got, by the time we got to the Boston Tea Party, we were dealing with Dutch tea. And the British did not like the fact that the colonists were importing Dutch tea and they put a hefty tax on the tea. They were using the writs of assistance to help them find the Dutch tea, do the tax collection, and then also prosecute the merchants. So there's a lot, in a lot of ways, what's going on here is that we're going full circle 250 years back to Paxton's case. The basic facts at issue here. The government claims that taxpayers are federally unlawful drug traffickers. The government seeks to impose a tax law reserved only for unlawful drug traffickers. The government seeks information of drug trafficking without a grant of immunity, even though it's been requested, and reserving full rights to share and use the information for criminal prosecution of drug trafficking. Should we believe that they are sharing? This is a motion for summary judgment there. Although they couched it in the motion to dismiss. There were affidavits. The affidavits were attached to the complaint? There was an affidavit attached to the complaint that was Samantha Murphy's declaration. Did it contain the usual, we incorporate it by reference, type language? There was a, Samantha Murphy's was actually a factual detail. She actually set forth the facts in her declaration. So the answer to my question is yes? Yes. Yes, it was. Well it wasn't, it wasn't just, no, it actually stated the facts in her declaration. There. So interestingly, the government filed a motion to dismiss, but also incorporated a motion to enforce the summons under 7604. And asking for the state of Colorado, an order to Colorado was never served. I read the court's order. Remind me, does the court make reference to any facts whatsoever other than those recited in the complaint and in the affidavit? The affidavits, the court, you used the term plural, I mean it's singular when you answered my previous question. Was it an affidavit or affidavits, plural, that were attached to the complaint? I believe there was a single declaration by, by Samantha Murphy. When I say plural, because there was a declaration submitted by the tax collector, the, the revenue agent in support of the motion to enforce and the motion to dismiss. Right, well that, and the court referred to the previous affidavit or both affidavits? That's my question. I, frankly, I don't recall that particular detail. That's important, isn't it? Or it could be important. It could be important. I know that it referred, he relied primarily on the affidavit of the tax collector on this. So then the court did rely on the affidavits, at least the, what you would consider a summary judgment affidavit. Correct, exactly. Yeah, because he, he relied. So we agree with you, we remand to the court? We remand to the court. Or do we proceed to, proceed to summary judgment review and do a de novo review? Which do we do? It would be reviewed de novo. If we agree with you, I understand, but I mean, or do we, do we need to remand for further supplementing of the record under summary judgment standards? Or do we just proceed on the record as is? I believe that because there are disputed facts in the case, it would have to be remanded for further proceedings. There, the. No, why do you say that as a belief? Well, what is, what is that all about? I mean, we're not in church, as I tell my clerks from time to time, this court. The, one of the primary issues here is what is the nature of the proceeding? Is this criminal? Is this civil? Is this quasi-criminal? What are we having here? And the Clark, Supreme Court case, Clark. And how does that bear on the, my question about summary judgment? Yes, precisely, because these are issues of fact that have to be resolved. I understand. And so I don't think that the court is in a position, unless the court considered materials in its decision submitted by the adverse party, and you are arguing that the court should have converted the matter into a summary judgment proceeding, I take it for you to traverse the materials submitted by the adverse, by your adverse party. Is that? Precisely. When I ask you, do we have to remand, really the, kind of the balls in your court, because you have to decide, were you prejudiced in some way by not being able to submit additional evidence? Or can we, just as a panel, say, yep, should have been considered under summary judgment standards, and we're going to do that. But we would be prejudicing you if there was additional evidence that you proposed to question? I believe that we are prejudiced, at this point, of ruling on summary judgment right now, because of the issues of the purpose. Was this, was was this in good faith? So you would propose to introduce evidence on that point? Yes, and we would want discovery on those issues. We believe that, I mean, there are a number of things, like the documents, even though they are public documents, that we provided to the court in the last few days. These are documents that the government was denying existence of. We, we believe that they were out there, but we couldn't source the documents. And it's only been within the last couple weeks we were able to source the documents. We believe that if we were able to get in and get discovery, we could find out more about the rather than, this is revenue raising, this is disrupt and dismantle. This is, they, they've stated that their legitimate purpose is, they're conducting an audit and they're trying to determine your cost of goods sold. And they're seeking data relevant to that determination. How does that, how is that not a legitimate purpose? We've held in Alpenglow that the IRS has authority under the civil law to, to, to seek information. And that it's not, that's not for the purpose of criminal enforcement. It's for enforcement of this, their civil tax liability. And that's not even an issue here. Those cases involve Section 280E, as I recall. And we're not even talking about that. We're talking about their requests for information to help them verify, as they would in any taxpayer audit, the cost of goods sold. I, I'm failing to understand why that isn't a legitimate purpose. And why they didn't establish that with their affidavit. And, and how you've said anything that's contrary to that purpose. What really sets this out is their reservation of, no grant of immunity, with a reservation of rights to prosecute non-tax crimes, based upon the information they receive in this audit. This is not your typical. They don't have to do that. They've got that authority under the civil tax law to seek that information. What, what evidence is there that they're seeking it for a legitimate, non-legitimate purpose? They've made it very clear that these are unlawful drug traffickers. They are trying to enforce. We all know they're, that it's unlawful under federal law. As they point out, that's not an issue. That's, nobody's questioning that. They, they wouldn't have to look hard to, to determine that. That's, that's a given. I beg to disagree with that it's not an issue whether, whether this is a violation of federal law. Colorado state law. That's not an issue in this case. Well, if they're saying that they're an unlawful drug trafficker, and you're saying that that is not it, that, that is decided, it's not decided. Colorado law has not been preempted yet. Would you answer my question about why this is, why their stated purpose is not a legitimate purpose? These are marijuana plants. That, they are trying to get information of marijuana plant tracking. This is the same information that could be used in the prosecutor's hands to, as the Marchetti case says, convict overwhelmingly. But it could also be used to show their stated purpose, which is relevant to the cost of goods sold. And that, that would be the stated, just like Marchetti. There was a revenue raising piece in Marchetti, Rosso, Leary, Haynes, Albertson. There was always a revenue aspect of it. But they said when you start getting into these areas, permeated with criminal statutes, we have to look at it differently. The Shapiro require, required records doctrine goes out the window. If we were looking at widgets instead of marijuana, we would be in the area that I think that you're, you're, you're going to. But because we are dealing with marijuana, a federally controlled substance, where they could look, depending on the amount of plants, they're wanting to find out how many plants, they could go to prison for life. So it takes it out of, of that area entirely. And with that, I will reserve my time for rebuttal. Please, the court. Nathaniel Pollack, representing the United States. I'd like to begin by talking about the... Counsel, I hate to interrupt, but let's get to the procedural aspect of the case first. The rules are quite clear, that if a court, a trial court, is going to consider materials outside of the complaint in a traditional 11, Rule 11 motion to dismiss, that the court is to convert the proceedings into summary, summary judgment proceedings, so that the court can consider materials outside the complaint, four corners of the complaint, to afford the parties the opportunity to engage in their traditional summary judgment practice. That's, that's purely, I'd like to get through that issue first. Now, did the court consider materials submitted by you in deciding the Rule 11 motion? Your Honor, it did in, in deciding the cross motion for enforcement, which is the same situation that this court had before in High Desert. What do you mean cross motion? So we had a petition, a traditional complaint, correct? Well, so in, under Section 7609 of the Internal Revenue Code, when the, when the taxpayer, who's the subject of the, of the inquiry, has a right to petition to quash a third party summons, which is what this is. The, the government then, pursuant to subsection A of that, of 7609 B2, has a right to seek to compel compliance with the summons. And does that, does that trump, trump the civil rules or other cases? It doesn't trump the civil rules, and I think this court did an excellent job of precisely what the interaction between the Powell standard and the civil rules of procedure are in its High Desert opinion. I think it made very clear in High Desert that, to the extent that there was a suggestion in a prior and published decision that the civil rules are different, that's wrong. However, the substantive law is the substantive law. And sometimes, as here, the substantive law requires particular things about burdens and, you know. And so High, High Desert is that we do not have to proceed under summary judgment, proceed, that the trial court doesn't have to proceed under summary judgment procedures. In, in High Desert, I believe it was a summary judgment motion. However, that what this court said, and it's in line with what the Supreme Court has said in, in cases, and, and it's not inconsistent with Clark, that it said in the situation where there's these dueling motions, in other words, there's a petition to quash and then there's a counter claim for enforcement, that the court's role, the proceedings are, quote, this is a quote from High Desert, summary in nature and discovery should be limited. And the court's role is, quote, to ask only whether the IRS has issued the summons in good faith. And then it went on to go through the, the typical Powell burden shifting framework where, as an initial matter, the government has to make out a claim that the Powell factors are satisfied and typically it does that by affidavit or submission from the IRS agent and then that, that burden is a slight one and then there's a burden, a significant burden to rebut that and to show bad faith, which, so that's exactly the burden shifting framework that the, that the district court, that the magistrate judge in the district court underwent here. It did, the court did cite Villareal, the, the prior opinion, it was, you know, the magistrate's opinion preceded this court's ruling and decision in High Desert, but as I think we tried to make clear in, in the, in the brief, that's a, that discussion of Villareal didn't, did not, it was, it was, it didn't undo the court's, you know, following of the, of the standard and it's not in, in conflict with the way that this court laid it out in High Desert. One thing I want to be really clear on. In High Desert, our burden then would be to review for abuse of discretion. Is that correct? It's, it's, well, it's de novo review of the, of the, the application of the Powell test, right? And so, so yeah, so to the extent, you know, that that's a, but, but there's, but the standards that are in, you know, embedded in the Powell test create varying burdens and it, and create a, a fairly light burden on the government to come forward with evidence that meet the prima facie case, which the government clearly did here. One thing I want to be very clear on, because I think it's, there's been some confusion about this in the, some of the 28 J letters. Colorado has an absolute right to be here. They have right to be notified of this proceeding. They, they're the ones who got the summons. So they're, they know that the, they've, they have a summons. And there, there's a petition to quash. When there's a petition to quash, the, the party who petitions to quash has to notify Colorado of that petition. And then Colorado has a right to intervene and, according to the statute expressly, shall be bound by the decision in the proceeding, you know, where they know it can be enforced, whether or not the person, in this case Colorado, intervenes in the proceeding. The, the other thing I want to just touch on is the Fourth Amendment claim. The... Just one second. So once the IRS shows a good faith issue of the subpoena on your cross-petition, then the burden shifts to the taxpayer, correct? Once we've met the, the four Powell factors, so the, the investigation is pursuant to a legitimate purpose, it's relevant, etc., then the burden shifts to the taxpayer. That's exactly right. And then under Clark, under balanced financial management, and under the terms of High Desert itself, the burden, the taxpayer has to show that it has a defense based on its, its evidentiary presentation regarding the issue of good faith. That's right. And I... That's what counsel, as I understand it, seeks to do. And they say, as I understand their position, I guess they could speak for themselves, is that, but I think I heard him say, that their unless they introduce evidence on that point. Well, the, the standard itself, and this has been, this is, this is repeated in High Desert and has been said in other cases, that, that unless the, the proceedings are supposed to be summary in nature and, and discovery should be limited, here I would point out that the substance of the good faith claim that the government is not acting in good faith is, is a claim that somehow the government is either in this proceeding, sneaking in a criminal investigation, or will, or will later use the information to pursue a criminal investigation. This court also addressed that claim, because it was the same claim that was sort of the central claim in High Desert. And what this court said in High Desert is that the IRS, in fact, this is a quote, the IRS, in fact, has the authority to investigate whether a party is controlled substance in order to apply Section 280E, and that the marijuana dispensary, quote, does not succeed in creating a genuine dispute of material fact on, about the IRS's good faith on that ground. Of course, the issue here isn't 280E. Exactly. So that's what, that was my next point, is that exactly as, as you say, Your Honor, that the, the, the principal issue, I mean, if you look at the IRS agent's statement, you know, he, he says, he says directly, you know, we're, I'm looking to substantiate income, looking to verify gross receipts, looking to verify costs of goods sold. With respect to the status of the, of standing akimbo as a entity that's trafficking in a controlled substance, it notes, based on standing akimbo's own website, that standing akimbo has been providing Denver high-quality cannabis in the Sunnyside neighborhood since 2010, right? So that's, that's the principle. To the extent that there's any information in here that's sort of focused on 280E, it's, it's that rather than, which is not something that's, it's seeking as part of the summons from, you know, to the submitting that evidence, using the evidence obtained for, to refer it to the U.S. attorney for criminal prosecution purposes. Is, and let me under, repeat my question. Is there anything in your dealing with the taxpayer or with the state of Colorado that precludes you, upon obtaining the information that you are seeking, from submitting it or referring it for criminal prosecution? Well, there's, there's a standard. So there's section, the, the, the standard that deals with that is section 6103 of the Internal Revenue Code. And it has different standards for criminal matters that deal with tax administration and criminal matters that don't deal with tax administration. Presumably this would be in the second category. And so that would be 6103I. And 6103I, in many instances, depending on the kind of information involved, in many instances actually requires the Department of Justice to get a court, or to get like a, a order from a magistrate or a district judge to obtain certain information. Other types of information can be obtained in, in certain contexts. But the point is, there's a, there's a statutory framework that, that deals with that. And, and 6103, you know, is, is, contains serious penalties for, for the IRS when, when those, you know, when that is, is violated. As the answer to my question. So it's possible. Well, is that there is something. Yeah, there is, it is possible. But I would also point out too. So what, no, no, go ahead with the answer. It, it is possible for you to refer the matter for criminal prosecution? Well, it is possible in general for, right, for the IRS, subject to the, to the limitations of 6103, to, in certain circumstances, provide information to the Department of Justice that would be relevant to a criminal matter. That's, that's a framework that Congress has set out. The reason I'm questioning this is you use words like trafficking. Those words are not normally used in the, in reference to lawful activity. The, we've gone through this before, but under Colorado law, what these growers are doing is lawful. Nothing illegal about it under state law. Correct? That's true under state law. Now, under federal law, and this is where the rub comes in, the, the matter can be criminally prosecuted. Correct? Correct. All right. So, and that's purely why I asked the question. Is, is there anything that precludes you from referring it to criminal prosecution? Your answer is it's possible, but there's statutory framework that relates to the matter. That's right. Now, in, in High Desert, we said that only where the taxpayer's affidavits present a disputed factual issue or proper affirmative defense is the taxpayer entitled to an evidentiary hearing. Now, follow my two plus two reasoning here. Counsel tells us that they wish to contest the issue of good faith on the part of the government, the claim of good faith on the part of the government. That may be true, it may not be true, I don't know. All I, but what I do know is that procedurally, if the, if we proceed under summary judgment, they would have been entitled to introduce that evidence, whatever it may be. If we proceed as the trial court proceeded without an opportunity for them to introduce their traditionally traducive, or at least, I don't know if they were traducive, but under the rules of the, words of the rule, to traduce the previous affidavits, they're, they're not now able to do so, and we just have to proceed as Judge Moritz points on the record as it is. Yeah, that's my question. Yeah, Your Honor, I, I would just say with respect to High Desert, I mean, I think this court said in High Desert that the, the, the, the taxpayer, when the you know, when, when, if the taxpayer doesn't have a, a, an allegation that is substantial, that the, that it, the court should dispose of the proceedings on the papers before it without evidentiary hearing. So, I, I think in this case, what you have is an allegation of a lack of good faith that specifically has been rejected. You have the, this court has already said, to the extent that the, that the, that the allegation is the, the government is going to, you know, use its enforcement to obtain evidence of trafficking, that, that's, that's Well, the statute uses the word trafficking. The, the statute does. Section 280E. So, I think, you know, and, and, and trafficking just means, you know, purchasing and selling marijuana. Sure, the way we traffic in J. Crew shirts and, give you the name of a brand for shoe, Allbirds, Allbird shoes. Sure, that's trafficking too, I suppose. Right. And I, I guess I would just say in sum that this court has repeatedly rejected the, the contention that there's something inappropriate about making that determination for the purposes of civil tax law. It rejected it in Alpenglow, it rejected it in High Desert, and it should reject it again here. I didn't mean to preclude my colleagues from asking questions. Any questions? I did have, I did have a question. I wanted to talk about the Fourth Amendment. One of your arguments on that point is that the state, that they don't basically have standing to assert on behalf of, of the state of Colorado that the state is being compelled to produce confidential information, correct? Yes, right. That is, that's your, one of your arguments. Yes, and, and I would say, I guess we'd say two things. One is, it's, it's not at all clear, and there's no proposition, that this kind of disclosure actually violates state law. So, you know, they're talking about the state law privacy. That's my question. That, and I think that statute's been amended, but neither of you cite it to, to include that, that they can, the state of Colorado can provide reports or other information for investigation or enforcement of any international, federal, state, or local securities law or regulations. That was this year, unless I'm looking at the wrong statute. You know, I, I'll be honest, I wasn't aware of that. So, I feel like that amendment to the statute is, specifically covers. That does sound, that sounds like it. That standing issue that you raised, but neither of you cited it, so I thought perhaps I've got the wrong statute. No, I, you may, you may be right, and it's possible that I, that I just didn't, didn't see that change. And, you know, and again. But I understand your other argument is, even without, even without this amendment, you're not, it's not necessarily clear that the statute would prohibit the state from producing those records, and that's the state objection to make. That's right, and, and also the, the, the state can make that objection, as I've already made clear, based on its right to be here, and, and, and it has chosen not to do so. And they haven't made that objection, right. Nothing. Thanks. Thank you, Your Honors. Thank you, Counsel. Is there a remaining time? Try to hit a number of points quickly. Alpenglow dealt with the methodo, with the powers. Judge McHugh did not say that Alpenglow was dealing with the Leary line of cases, because it dealt with methodologies, not powers. We're dealing with the methodologies right now. With regard to High, High Desert, High Desert was not dealing with this issue of the reservation of rights to prosecute, I don't believe. The other thing, too, is that High Desert was dealing with utility bills and bank statements. We are dealing with the With regard to whether they can, whether the IRS can transmit this information, the US versus one coin, coin-operated gaming device, 10 circuit case, 648 F 2nd 1297, specifically said that the IRS had the power to transmit information of that's IB, but they, the secretary in the secretary's discretion can transmit information and this plant tracking information would certainly qualify as information that could be transmitted in the, in the commissioner's discretion to the prosecutors for criminal prosecution purposes. I would, I have a question about your, the procedural. I see you have a, you had that one-page argument on page 18 of your brief about the error in failing to apply the traditional summary judgment standards. It's, it's a one-page argument and I don't, I don't see anywhere where you make the argument that I think you're making today, which is that the, the, the error was that you needed to do more discovery on this good faith and on your affirmative defenses. The argument simply is a one-page argument saying they applied the incorrect summary judgment standard. Where did you make this argument that we, that you needed more discovery? Well, I think I'd have to take a look at our briefing, but I'm sure it's in our briefing that what, you have to take a look under a summary judgment standard and I think you asked the court to treat it as a summary judgment rather than a motion to dismiss. Right. And so I'm kind of confused about the position now that we should remand because you needed further discovery. Well, part of what we have here is with regard to the summary judgment standard that we have, we were given no ability to, to make, create the question of fact. They were just looking at it as a summary proceeding. But the Powell standards provide for a very limited burden on the part of the government and once they establish that you come back with and that's what the district court applied that, that Powell standard. But it wasn't a summary judgment standard. Okay, I didn't understand that to be your argument. I didn't mean to take all your time and perhaps there's further questions, but. No questions. I think your time is up counsel. Thank you. The case is submitted. Okay, thank you. Counselor excused.